# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Boost Mobile Cellular Phone serial #

## SEARCH WARRANT

CASE NUMBER: 06 - 388 - M - 01

TO: __William R. McDermott__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent William R. McDermott__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**colored Boost Mobile Cellular Phone  serial**        One Boost Mobile Cellular phone, model
number            , serial number         . The cellular telephone is generally grey in color.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

As morefully described in Attachment B of Affidavit.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____SEP 0 9 2006_____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 31 2006                    at Washington, D.C.

Date and Time Issued ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer        Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/31/2006 | 9/2/2006 2:00p | |

INVENTORY MADE IN THE PRESENCE OF  _Items in FBI Control_

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Information And Data Contained within Boost Mobile Cellular Phone serial number. To include messages AND Contacts.

**FILED**

SEP 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  9/14/06
U.S. Judge or U.S. Magistrate Judge    Date